**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SINISHA NISEVIC, | ) | Case No.: CV 13-7188 DSF (AGRx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| TRUE MEANING, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having previously provided an extension of the time for service of process and plaintiff not having timely served defendants,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, and that the action be dismissed without prejudice.

10/1/14

Dated: _____          _____
                                                              Dale S. Fischer
                                                      United States District Judge